In the Matter of LEO PINKWATER et al., Appellants, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

In the Matter of SADIE CAVANAGH et al., Appellants, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

Argued March 2, 1950; decided April 6, 1950.

*T. Robert Gabrielli* for Leo Pinkwater and others, appellants.

*David A. Savage* and *Donald A. Savage* for Sadie Cavanagh and others, appellants.

*John P. McGrath, Corporation Counsel (Howard C. Fischbach* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.